THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROY GREEN, Appellant, v JOSEPH T. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent.

Submitted April 2, 2007; decided May 1, 2007

Motion for reargument denied [*see* 8 NY3d 806]. Motion for poor person relief dismissed as academic.

RYSZARD PILCH, Appellant, v BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents.

Submitted February 26, 2007; decided May 1, 2007

Motion for reargument granted and, upon reargument, motion for leave to appeal denied [*see* 8 NY3d 828].

STATE OF NEW YORK HIGHER EDUCATION SERVICES CORPORATION, Respondent, v SUZY J. SPAROZIC, Appellant.

Submitted February 20, 2007; decided May 1, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.